1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIYYAZ PIRANI, as TRUSTEE OF IMPERIUM IRREVOCABLE TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, TED SARANDOS, and SPENCER NEUMANN,<br><br>Defendants. | Case No. 4:22-cv-02672-JST<br><br>**[PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>**\* AS MODIFIED \*** |
| CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, THEODORE SARANDOS, SPENCER NEUMANN, and GREGORY PETERS,<br><br>Defendants. | Case No. 4:22-cv-03164-JST |

[PROPOSED] ORDER
Case No. 4:22-cv-02672-JST

Having considered the Motion of Fiyyaz Pirani for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), no party having opposed the Motion, and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated for all purposes under Federal Rule of Civil Procedure 42(a) as *In re Netflix, Inc. Securities Litigation*, Master File No. 4:22-cv-02672-JST, and the Clerk shall terminate Case No. 4:22-cv-03164-JST;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Plaintiff Fiyyaz Pirani, Trustee of Imperium Irrevocable Trust, as Lead Plaintiff; and

4. Under 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class;

5. As previously ordered, the parties shall meet and confer and file, within ten days of the date of this order, a joint proposed schedule regarding the filing of a consolidated or amended complaint and responses thereto. ECF No. 17.

This order resolves ECF Nos. 18, 20, and 21.

**IT IS SO ORDERED.**

Dated:  October 11, 2022

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE